**UNITED STATES DISTRICT COURT**

District of Maine

**Witness List**

| | | |
|---|---|---|
| Case Name:  USA v. Nancy Ludwig<br>Case No.:  2:18-cr-00062-JDL-3 | | Proceeding Type:<br>Jury Trial |
| Presiding Judge:<br>Jon D. Levy, Chief U.S. District Judge<br><br>Courtroom Deputy:  Amy Rydzewski<br><br>Court Reporter:  Lori Dunbar | Government's Attorney:<br><br>Daniel J. Perry, AUSA<br>Patricia K. Poulin, Esq. | Defendant's Attorney:<br><br>Roger F. Brunelle, Jr., Esq. |

| Gvt | Dft | Date | WITNESS |
|---|---|---|---|
| X | | 6/10/2019<br>6/13/2019 | S/A Brian Pellerin, United States Health and Human Services-OIG |
| X | | 6/13/2019 | Patrick Bouchard |
| X | | 6/10/2019 | William Logan |
| X | | 6/12/2019 | Kelly Parnell |
| X | | 6/11/2019 | Edward Pontius, M.D. |
| X | | 6/13/2019 | Heather Borst |
| X | | 6/11/2019 | Brittany Harrington |
| X | | 6/12/2019 | Paul Grazia |
| X | | 6/13/2019 | Virginia Beauchesne |
| X | | 6/10/2019<br>6/11/2019 | Danielle Defosse-Strout |
| X | | 6/12/2019 | Maria Maddalano |
| X | | 6/13/2019 | Lauren Stoye |
| X | | 6/12/2019 | Hodan Noor |

| X | | 6/12/2019 | Amina Abdi |
|---|---|---|---|
| X | | 6/12/2019 | Duad Lesow |
| X | | 6/12/2019 | S/AIC Roberto Coviello United States Health and Human Services-OIG |

Case 2:18-cr-00062-JDL    Document 188    Filed 06/14/19    Page 2 of 2    PageID #: 800